Action by James B. Weed against the Binghamton Railroad Company. No opinion. Judgment affirmed, with costs.

WEIL, Respondent, v. BERMEL, Appellant. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by Leopold Weil against Joseph Bermel, as supervisor of the town of Newton, and Joseph Bermel and others. No opinion. Judgment affirmed, with costs, on the opinion in Ghiglione v. Marsh (Sup.) 48 N. Y. Supp. 604.

WEIL, Appellant, v. GREEN, Respondent. (Supreme Court, Appellate Division, Second Department. May 11, 1897.) Action by Isaac Weil against Theodore E. Green. No opinion. Judgment and order affirmed, with costs.

WELDE, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Charles Welde against the New York & Harlem Railroad Company, impleaded, etc. I. A. Place, for appellants. T. P. Wickes, for respondent. No opinion. Reargument ordered upon the question of the relation of the appellant companies to the construction, both during its progress and after its completion.

WENTWORTH, Respondent, v. ROCHESTER & P. COAL & IRON CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 18, 1897.) Action by Thomas F. Wentworth against the Rochester & Pittsburgh Coal & Iron Company. No opinion. Judgment affirmed, with costs.

WERTHEIMER v. INDEPENDENT ORDER FREE SONS OF JUDAH. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Sophie Wertheimer against the Independent Order Free Sons of Judah. No opinion. Motion denied upon payment of $10 costs, in order that appellant may move in court below to open default.

WICK v. FT. PLAIN & R. S. R. CO. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Richard B. Wick against Ft. Plain & Richfield Springs Railroad Company. No opinion. Order settled, and filed with the clerk.

WICKS, Respondent, v. O'NEIL, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Forest G. Wicks against George F. O'Neil. No opinion. Order affirmed, with $10 costs and disbursements.

WILBUR, Respondent, v. LOTT et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) Action by Daniel W. Wilbur against Maria H. Lott, as committee, etc., of Christopher I. Lott and others. No opinion. Judgment affirmed, with costs, payable out of the estate.

WILLIAMS, Appellant, v. BILLINGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Delos Williams against Henry E. Billings. No opinion. Judgment of the county court of Livingston county affirmed, with costs.

WINKEMEIER, Appellant, v. WINKEMEIER, Respondent. (Supreme Court, Appellate Division, Second Department. May 18, 1897.) Action by Maud B. Winkemeier against Christian F. Winkemeier. No opinion. Judgment modified so as to provide for the payment of $3,200 in all to the plaintiff,—$2,400 for herself and $800 for her child; and also by striking out the last paragraph but one in said judgment. The judgment, as thus modified, affirmed, with costs. All concur, except GOODRICH, P. J., not voting. See 42 N. Y. Supp. 583, 586, and 45 N. Y. Supp. 1151.

WITHERBEE et al., Respondents, v. ROE et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Walter C. Witherbee and others against Lewis H. Roe and Wallace T. Foote, Jr., as executors, and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to answer on payment of costs of this appeal and of the demurrer. See 45 N. Y. Supp. 297.

In re WOOD. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action in the matter of the examination of Frank D. Wood, alias Frank H. Wood, judgment debtor, in proceedings supplementary to execution upon the application of M. Elsie Talman, judgment creditor. No opinion. Motion to open default denied.

WOODSIDE BREWING CO., Appellant, v. LONDON ASSUR. CORP., Respondent. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by the Woodside Brewing Company against the London Assurance Corporation. No opinion. Judgment and order affirmed, with costs, upon the authority of Same Plaintiff v. Pacific Fire Ins. Co., 11 App. Div. 68, 42 N. Y. Supp. 620.

WOODSIDE BREWING CO., Appellant, v. LONDON & L. FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by the Woodside Brewing Company against the London & Lancashire Fire Insurance Company. No opinion. Judgment and order affirmed, with costs, upon the authority of Same Plaintiff v. Pacific Fire Ins. Co., 11 App. Div. 68, 42 N. Y. Supp. 620.

WOODWARD, Appellant, v. TOWN of BRIGHTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Charles E. Woodward against the town of Brighton and the city of Rochester. No opinion. Judgment affirmed, with costs.